SEALED

FILED

DEC 04 2023

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Case No. 23 CR 387 GKF** |
| **Plaintiff,** | **FILED UNDER SEAL** |
| **v.** | **INDICTMENT** **[COUNTS ONE and TWO: 18 U.S.C. § 1001(a)(2) – False Statements; COUNT THREE: 18 U.S.C. § 1505 – Obstruction of Proceedings Before Departments, Agencies, and Committees]** |
| **BRUCE RYAN FORBES,** | |
| **Defendant.** | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**[18 U.S.C. § 1001(a)(2)]**

From on or about August 27, 2022, to on or about September 30, 2022, in the Northern District of Oklahoma, the defendant, **BRUCE RYAN FORBES**, did willfully and knowingly make a material false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by making false statements to the National Transportation Safety Board about the cause of a recent plane crash. The statements and representations were false because, as **FORBES** then and there knew, the plane crashed for reasons other than those **FORBES** represented.

All in violation of Title 18, United States Code, Section 1001(a)(2).

**COUNT TWO**
**[18 U.S.C. § 1001(a)(2)]**

On or about October 2, 2023, in the Northern District of Oklahoma, the defendant, **BRUCE RYAN FORBES**, did willfully and knowingly make a material false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, by making a false statement to a Senior Special Agent with the United States Department of Transportation, Office of the Inspector General, about the cause of a recent plane crash. The statements and representations were false because, as **FORBES** then and there knew, the plane crashed for reasons other than those **FORBES** represented.

All in violation of Title 18, United States Code, Section 1001(a)(2).

**COUNT THREE**
**[18 U.S.C. § 1505]**

From on or about August 27, 2022, to on or about September 30, 2022, in the Northern District of Oklahoma, the defendant, **BRUCE RYAN FORBES**, did corruptly influence, obstruct, and impede, and endeavor to influence, obstruct, and impede the due and proper administration of the law under which a pending proceeding, specifically a plane crash investigation, was being had before a department and agency of the United States, specifically the National Transportation and Safety Board, by making false statements to the NTSB about the cause of the crash .

All in violation of Title 18, United States Code, Section 1505.

CLINTON J. JOHNSON
United States Attorney

ASHLEY ROBERT
Assistant United States Attorney

A TRUE BILL

*/s/Grand Jury Foreperson*
Grand Jury Foreperson