**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OKLAHOMA**

United States of America,
Plaintiff,

vs.

Bruce Ryan Forbes,
Defendant.

Case No.: 23-cr-387-GKF
Date: 5/12/2025
Court Time: 10:30 a.m. to 10:54 a.m.
10:58 a.m. to 11:08 a.m.

**MINUTE SHEET - SENTENCING**

Gregory K. Frizzell, U.S. District Judge | K. Perkins, Deputy Clerk | Brian Neil, Reporter | Crt Rm 3

Counsel for Plaintiff: Ashley Robert | Counsel for Defendant: Tracy Tiernan, Ret.

Probation Officer: Logan Harrison | Interpreter: ______ ☐ sworn; ☐ N/A

☒ Defendant appears in person with counsel ☐ Counsel waived ☐ Evidentiary
☒ Plaintiff & Defendant reviewed PSI: ☐ Objs by: ☐ Pltf ☐ Deft; ☒ No Objs; ☒ Court adopts/accepts
☒ 18:3553 Findings re: PSI/Sentence made; ☒ Plea Agreement
☒ Court affirms finding of guilt and accepts guilty plea before U.S. Magistrate Judge
☒ Sentence re: Guideline; ☐ Findings made; ☐ Departure: ☐ Variance: ☐ Upward ☐ Downward
☒ Defendant and counsel asked if they care to say anything before sentence is pronounced, and no cause to the contrary being shown
☒ Motion [Dkt. 39]: ☒ Granted ☐ Denied ☐ Granted/Denied in part ☐ Moot

**SENTENCE: As to Count** 3 **of the Indictment :**

☒ Probation for a term of 3 years ☐ Concurrent ☐ Consecutive ☐ Not Eligible
☒ Fine: $ 20,000 to be adjusted pending restitution determination ☐ With Interest ☒ Interest Waived ☐ Not Imposed
☒ Restitution: $ TBD * ☐ With Interest ☐ Interest Waived ☐ Not Applicable
☒ Special Monetary Assessment $ 100 ☒ Due Immediately ☐ As Directed

**STANDARD CONDITIONS as previously adopted by this court including the following additional conditions:**

☒ Firearm, Ammunition, et al Restriction
☒ DNA Sample
☒ Controlled Substances Restriction
☐ Drug Testing ☒ Drug Testing Suspended
☐ Alcohol Abstinence
☐ Anger Management
☐ Community Confinement - ______ months
☐ Community Service - ______ hours
☐ Computer Restriction
☐ Curfew - ______ months*
☐ Domestic Violence Program
☒ Financial
☐ Gambling; ☐ to include treatment
☐ Home Detention Condition - ______ months*
☐ Immigration
☐ Mental health ☐ to include treatment
☐ No contact with Victim
☐ Search & Seizure
☐ Sex Offender - Paragraphs ______
☐ Sober Living
☐ Substance Abuse Treatment & Testing
☐ Workforce Development

*Entire cost of the electronic monitoring shall be paid by: ☐ Prob ☐ Deft

☒ Defendant advised of right to appeal
☒ Appeal affidavit required

Court recommends to BOP:
☐ Designate a facility located in or near: ______
☐ Residential Drug Abuse Treatment Mental/Medical Evaluation
☐ Most comprehensive substance abuse treatment available
☐ Other: ______

☒ Remaining counts ordered dismissed: Counts 1 and 2 of the Indictment
☒ Defendant released on conditions of probation

**Additional Minutes:** *Restitution determination to remain open for 60-days pending government inquiry of utility company ASIR. Upon learning the individual present in the plane was present in the courtroom, Bailey Nevill made a statement to the court. Thereafter, defendant was given the opportunity to be heard again. Discussion held as to whether Ms. Nevill is a "victim" in this matter as charged. The court adopts the previously imposed statements as to the sentence of probation and period of probation.